```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03695
   ADAM P REYNOLDS
   LISA M REYNOLDS                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6828      SSN XXX-XX-0036
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/06/06 and confirmed on 08/29/06.

   2.  The case was dismissed after confirmation, 08/24/2007.

   3.  The Debtor paid a total of $  14925.02 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | 14178.77 | .00 | 14178.77 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 19314.28 | .00 | .00 |
| AMERICAN ONLINE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 457.63 | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JOHNSON WATER CONDITIONI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | 1198.00 | .00 | .00 |
| SC SERVICES & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS MOTORS OF JOLIET | UNSECURED | 942.62 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1094.02 | .00 | .00 |
| ASPIRE VISA | FILED LATE | .00 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 33493.05 | .00 | 3692.27 | .00 | 37185.32 |
| PRINCIPAL PAID | 14178.77 | .00 | .00 | .00 | 14178.77 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 14178.77 | .00 | .00 | .00 | 14178.77 |

The Debtor's attorney, RONALD D CUMMINGS           , was allowed $   3000.00
and was paid $   1311.00   direct and $      .00  through the plan.

The Trustee received $     746.25 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE